J. TOME REYNOLDS et al., as Administrators of the Estate of WALTER L. PHILLIPS, Deceased, Respondents, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

*Reynolds* v. *N. Y. C. & H. R. R. R. Co.*, 126 App. Div. 921, affirmed.
(Argued March 1, 1909; decided March 16, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 19, 1908, affirming a judgment in favor of plaintiffs entered upon a verdict and an order denying a motion for a new trial in an action to recover for the death of plaintiffs' intestate, alleged to have occurred through defendant's negligence.

*Alfred L. Becker* and *Maurice C. Spratt* for appellant.

*Morris Cohn, Jr.,* for respondents.

Judgment affirmed, with costs ; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ